AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| United States of America<br>v.<br><br>GARY PRICE<br><br>·Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 1:25-mj-02029-DRM |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____11/1/2024_____ in the county of _____ in the _____ District of _____Maryland_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §751(a) | Escape From Custody Resulting From Conviction |

This criminal complaint is based on these facts:

See affidavit.

☑ Continued on the attached sheet.

_Garrett Russell_
_____
Complainant's signature

Garrett Russell, Deputy U.S. Marshal
_____
Printed name and title

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: __August 13, 2025__

Judge's signature

City and state: _____Baltimore, MD_____

Douglas R. Miller, U.S. Magistrate Judge
Printed name and title